CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Rd., Ste 103
Las Vegas, Nevada 89121
P: (702) 435-7968
attcbf@cox.net
*Attorney for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CAPLAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>BUDGET VAN LINES, INC., a New York corporation,<br><br>*Defendant.* | Case No. 2:20-cv-00130-JCM-VCF<br><br>**STIPULATION TO EXTEND DEADLINES TO RESPOND TO DEFENDANT'S MOTIONS**<br><br>**(First Request)** |

Plaintiff Michael Caplan and Defendant Budget Van Lines hereby stipulate and agree as follows:

1. On March 13, 2020, Defendant filed a motion to dismiss the class action complaint [ECF No. 14] and a motion to strike class allegations from the complaint [ECF No. 15]. Plaintiff's responses to the motion to dismiss and motion to strike are due to be filed on March 27, 2020, and Defendant's replies in support of the motions are due to be filed no later than April 3, 2020.

2. On March 14, 2020, Defendant filed a motion to stay [ECF No. 16]. Plaintiff's response to the motion to stay is due to be filed on March 30, 2020, and Defendant's reply in support of the motion to stay is due to be filed no later than April 6, 2020.

3. Plaintiff and Defendant agree that Plaintiff shall have an extension of time up to and including Monday, April 6, 2020, to file responses to the motion to dismiss, the motion to strike, and the motion to stay, and Defendant shall have an extension of time until April 20, 2020

to reply in support of the motions. This is the first request for an extension of time to respond to or reply in support of the motions.

    4.    The extensions are requested to account for the current extenuating circumstances surrounding the Coronavirus pandemic. The requested extensions will permit the parties and their counsel sufficient time to review and appropriately respond to the opposing party's arguments.

    5.    The stipulated extension will not prejudice the parties, nor will it impact other deadlines in this case.

Respectfully submitted,
Dated: March 26, 2020

/s/ *Kristin E. Haule*
Kristin E. Haule, Esq. (admitted *pro hac vice*)
Ca Bar # 312139
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Blvd.
Los Angeles, California 90064

Jason A. Close, Esq.
Bar No. 13674
CLOSE LAW GROUP
2831 Saint Rose Pkwy Suite 240
Henderson, NV 89052

*Attorneys for Defendant Budget Van Lines Inc.*

/s/ *Craig B. Friedberg*
Craig B. Friedberg, Esq.
Nevada Bar No. 004606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Rd., Ste 103
Las Vegas, Nevada 89121

Avi R. Kaufman, Esq. (*admitted pro hac vice*)
FL Bar No. 84382
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127

*Attorneys for Plaintiff LaDarrius Cooley*

    IT IS SO ORDERED:

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: March 27, 2020