**MANATT, PHELPS & PHILLIPS, LLP**
CHRISTINE M. REILLY (Bar No. CA 226388)[1]
E-mail: CReilly@manatt.com
KRISTIN E. HAULE (Bar No. CA 312139) (Admitted *Pro Hac Vice*)
E-mail: KHaule@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

**CLOSE LAW GROUP**
Jason A. Close (Nevada Bar No. 13674)
Email: Jason@closelawgroup.com
2831 Saint Rose Pkwy Suite 240
Henderson, NV 89052
Phone: (702) 983-4254
Fax: (702) 924-4645

*Attorneys for Defendant*
BUDGET VAN LINES INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CAPLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUDGET VAN LINES INC., a New York company,<br><br>Defendant. | No. 2:20-cv-00130-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S REPLY DEADLINES**<br><br>**(Second Request)** |

Plaintiff Michael Caplan ("Plaintiff") and Defendant Budget Van Lines (individually, "Defendant" and together with Plaintiff, collectively, the "Parties") hereby stipulate and agree as follows and respectfully request Court approval of same:

1. On March 13, 2020, Defendant filed a motion to dismiss Plaintiff's putative class action complaint [ECF No. 14] and a motion to strike class allegations from the complaint [ECF

---

[1] (*Pro Hac Vice* Forthcoming, will comply with LR IA 11-2 within 45 days of initial appearance)

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
CASE NO. 2:20-CV-00130-JCM-VCF

No. 15]. On March 15, 2020, Defendant also moved to temporarily stay all discovery during the pendency and pending the resolution of the foregoing motions [ECF No. 16].

2. On March 26, 2020, the Parties agreed, via stipulation jointly submitted to the Court, to an extension of the briefing schedule for Defendant's three motions discussed above in light of the ongoing COVID-19 pandemic, making Plaintiff's responses in opposition thereto due on April 6, 2020 and Defendant's replies in support thereof due on April 20, 2020 [ECF No. 18], which the Court approved on March 27, 2020 [ECF No. 19].

3. On April 2, 2020, the Parties submitted a joint discovery plan [ECF No. 20], which is still under the Court's review at present, as the Parties did not agree on a scheduling order or discovery bifurcation. No scheduling order has thus been entered in this case to date.

4. On April 2, 2020, the Court set a telephonic hearing on Defendant's motion to stay and the Parties' joint discovery plan, which is currently scheduled for May 5, 2020 [ECF. No. 22].

5. The Parties have agreed and do hereby stipulate that Defendant shall have an additional 7-day extension of time until April 27, 2020 to file its replies in support of its three pending motions [ECF Nos. 14, 15 and 16].

6. The extension is requested to account for the current and ongoing extenuating circumstances surrounding the COVID-19 pandemic. The requested extension will permit Defendant and its counsel sufficient time to review and appropriately respond to Plaintiff's arguments. Thus, there is good cause for the extension.

7. The stipulated extension will not prejudice the Parties, nor will it impact other deadlines in this case.

. . .

. . .

. . .

8. Plaintiff's counsel has given permission for Defendant's counsel to affix his signature and file this stipulation with the Court on behalf of the Parties.

**So Stipulated and Respectfully Submitted,**

Dated: April 15, 2020

By: /s/ *Jason A. Close*
Jason A. Close (Nevada Bar No. 13674)
CLOSE LAW GROUP
2831 Saint Rose Pkwy Suite 240
Henderson, NV 89052

Christine M. Reilly (Cal Bar. No. 226388)[2]
Kristin E. Haule (Cal Bar No. 312139)
(Admitted *Pro Hac Vice*)
MANATT, PHELPS & PHILLIPS LLP
2049 Century Park East, Suite 1700
Los Angeles, California  90067

*Attorneys for Defendant Budget Van Lines Inc.*

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar No. 84382)
(Admitted *Pro Hac Vice*)
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127

Craig B. Friedberg (Nevada Bar No. 004606)
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
4760 South Pecos Rd., Ste 103
Las Vegas, Nevada 89121

*Attorneys for Plaintiff Michael Caplan*

**IT IS SO ORDERED:**

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

Dated: April 15, 2020

---

[2] (*Pro Hac Vice* Forthcoming, will comply with LR IA 11-2 within 45 days of initial appearance)

## CERTIFICATE OF SERVICE

I certify that, on April 15, 2020, a true and correct copy of the foregoing document was served on Plaintiff and Plaintiff's counsel, via the Court's CM/ECF filing system:

/s/ Jason A. Close
Jason A. Close