CLOSE LAW GROUP
Jason A. Close (Nevada Bar No. 13674)
2831 Saint Rose Pkwy Suite 240
Henderson, NV 89052
Phone: (702) 983-4254
Fax: (702) 924-4645
Email: Jason@closelawgroup.com

*Attorneys for Defendant*
*BUDGET VAN LINES INC.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CAPLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUDGET VAN LINES INC., a New York company,<br><br>Defendant. | No. 2:20-cv-00130-JCM-VCF<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE OR CONTINUE HEARING**<br><br>**(First Request)** |

Plaintiff Michael Caplan ("Plaintiff") and Defendant Budget Van Lines (individually, "Defendant" and together with Plaintiff, collectively, the "Parties") hereby stipulate and agree as follows and respectfully request Court approval of same:

The parties jointly notify the Court that they have reached a settlement in principle. Plaintiff anticipates filing a dismissal of his individual claim with prejudice and his class claims without prejudice in the next thirty days. In light of the impending settlement and dismissal, the parties respectfully request that the hearings currently scheduled for tomorrow August 26, 2020 be vacated and/or postponed.

. . .

. . .

. . .

**So Stipulated and Respectfully Submitted,**

Dated: August 25, 2020

By: /s/ *Jason A. Close*
Jason A. Close (Nevada Bar No. 13674)
CLOSE LAW GROUP
2831 Saint Rose Pkwy Suite 240
Henderson, NV 89052

By: /s/ *A. Paul Heeringa*
MANATT, PHELPS & PHILLIPS, LLP
CHRISTINE M. REILLY (Admitted PHV)
KRISTIN E. HAULE (Admitted PHV)
A. PAUL HEERINGA (Admitted PHV)

*Attorneys for Defendant Budget Van Lines Inc.*

By: /s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar No. 84382)
(Admitted *Pro Hac Vice*)
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127

Craig B. Friedberg (Nevada Bar No. 004606)
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
4760 South Pecos Rd., Ste 103
Las Vegas, Nevada 89121

*Attorneys for Plaintiff Michael Caplan*

IT IS HEREBY ORDERED that the hearing scheduled for August 26, 2020, is VACATED. IT IS FURTHER ORDERED that the proposed stipulation and order for dismissal must be filed on or before October 9, 2020.

**IT IS SO ORDERED,**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 8-25-2020

**CERTIFICATE OF SERVICE**

I certify that, on August 25, 2020, a true and correct copy of the foregoing document was served on all parties and counsel of record, via the Court's CM/ECF filing system:

/s/ Jason A. Close
Jason A. Close

- 3 -

NOTICE AND STIPULATION
CASE NO. 2:20-CV-00130-JCM-VCF