**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MICHAEL CAPLAN, individually and on behalf of all others similarly situated, | |
| Plaintiff, | 2:20-cv-00130-JCM-VCF |
| vs. | **ORDER** |
| BUDGET VAN LINES INC., a New York company, | |
| Defendant. | |

Before the court are the Motion For Leave To Withdraw As Counsel Of Record (ECF No. 40) and Motion To Extend Deadline For Defendant To Respond To Plaintiff's Complaint (ECF No. 41).

The parties have reached a settlement in this matter (ECF No. 45).

Accordingly,

IT IS HEREBY ORDERED that the Motion For Leave To Withdraw As Counsel Of Record (ECF No. 40) and Motion To Extend Deadline For Defendant To Respond To Plaintiff's Complaint (ECF No. 41) are DENIED without prejudice.

DATED this 27th day of August, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE