CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
P: (702) 435-7968
attcbf@cox.net

AVI R. KAUFMAN, ESQ. (*admitted pro hac vice*)
Florida Bar no. 84382
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com
*Attorneys for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL CAPLAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BUDGET VAN LINES, INC., a New York corporation,<br><br>*Defendant.* | Case No. 2:20-cv-00130-JCM-VCF<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

PLEASE TAKE NOTICE that Plaintiff Michael Caplan hereby dismisses this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: October 7, 2020.   Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman
KAUFMAN P.A.

1

400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

CRAIG B. FRIEDBERG, ESQ.
**LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.**
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
(702) 435-7968
attcbf@cox.net

*Counsel for Plaintiff Michael Caplan*
*and all others similarly situated*